

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-15-00097-CV

**Eva Camby and Terenita Boudreaux**

**v.**

**Soca Funding, LLC as Assignee of Pearland Ground, LLC by CBL & Associates Management Inc. Managing Agent**

NO. 64613 IN THE 149TH DISTRICT COURT OF BRAZORIA COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 09/30/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 07/28/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 05/01/2015 | E-PAID | ANT |
| CLK RECORD | $443.00 | 04/08/2015 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 02/11/2015 | E-PAID | ANT |
| FILING | $175.00 | 02/11/2015 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $668.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my

hand and the seal of the Court of Appeals for the First District of Texas, this December 21, 2015.



CHRISTOPHER A. PRINE
CLERK OF THE COURT